UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
ERIC JUNIOR RIVERA SALVATIERRA,                           :
                                                          :
                                    Petitioner,           :
                                                          :                    26-CV-4195 (VSB)
                       -against-                          :
                                                          :                    **<u>ORDER</u>**
KENNETH GENALO, Field Office Director                     :
of New York Immigration and Customs                       :
Enforcement,                                              :
                                                          :
                                    Respondent.  :
                                                          :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was transmitted to the pro se intake office on May 19, 2026 at 8:06 p.m. EST.  (Doc. 1 ("Habeas Petition").)  I held an initial telephonic case conference on Friday, May 22, 2026, at 11:00 a.m. EST to discuss venue.  Although Petitioner's counsel states that, upon information and belief, the Petitioner was held at 26 Federal Plaza, New York, NY at the time of the filing of the Habeas Petition, *id.*, counsel for the Government represented during the telephonic case conference that the Petitioner was detained at Delaney Hall in Newark, NJ by 6:00 p.m. EST on May 19, 2026 before the filing of the habeas petition.

Accordingly, it is hereby:

ORDERED that this action be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631.

IT IS FURTHER ORDERED that the seven-day waiting period in Local Civil Rule 83.1 shall be waived.

IT IS FURTHER ORDERED that, as part of this transfer, further action of the pending Order to Show Cause why a petition for a writ of habeas corpus should not be granted shall be left to the discretion of the District Court Judge assigned upon the transfer.

IT IS FURTHER ORDERED that, in accordance with my previously issued Order to Show Cause, (Doc. 3), Petitioners shall not be transferred out of the United States absent further order of this court or the District Court Judge assigned upon the transfer.

The Clerk of Court is respectfully directed to effectuate the transfer of this action to the U.S. District Court for the District of New Jersey as soon as possible.

SO ORDERED.

Dated:      May 22, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2